ACCEPTED
03-14-00577-CR
5384098
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/21/2015 3:29:05 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00577-CR

IN THE COURT OF APPEALS OF

THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/21/2015 3:29:05 PM
JEFFREY D. KYLE
Clerk

NICOLE DAWN HOLLAND,
Appellant

v.

THE STATE OF TEXAS
Appellee

Appeal in Cause No. 41204 in the
424th Judicial District Court of Burnet County, Texas

## *Brief For Appellee*

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725, Llano, Texas 78643
Telephone          Telecopier
(325) 247-5755     (325) 247-5274
g.bunyard@co.llano.tx.us

By: Gary W. Bunyard
    Assistant District Attorney
    State Bar No. 03353500
    ATTORNEY FOR APPELLEE

May 21, 2015

*Oral Argument Waived*

## *Identity Of The Parties*

Trial Court

Honorable J. Allen Garrett      (Plea of Guilty on 06/21/2014 -
33rd Judicial District             Community Supervision granted)
Burnet County Courthouse Annex (North)
1701 East Polk St., Suite 74
Burnet, TX 78611

Honorable Dan Mills          (Hearing on Motion to Revoke
424th Judicial District (former)      Community Supervision 9/3/2014)
Burnet County Courthouse Annex (North)
1701 East Polk St., Suite 74
Burnet, TX 78611

State/Appellee

Peter Keim                          (Trial Counsel - 6/21/2014)
Assistant District Attorney
1701 E. Polk St., Suite 24
Burnet, Texas 78611
(512) 756-5449
State Bar No. 15532500

Robert Blake Ewing                  (Trial Counsel - 9/3/2014)
Assistant District Attorney
1701 E. Polk St., Suite 24
Burnet, Texas 78611
(512) 756-5449
State Bar No. 24076376

Richard S. Crowther                 (Trial Counsel - 9/3/2014)
Assistant District Attorney
1701 E. Polk St., Suite 24
Burnet, Texas 78611
(512) 756-5449
State Bar No. 05174200

Gary W. Bunyard                     (Appellate Counsel)
Assistant District Attorney
P. O. Box 725
Llano, Texas 78643
(325) 247-5755
State Bar No. 03353500
g.bunyard@co.llano.tx.us

Appellant

Matthew Rienstra
P.O. Box 91226
Austin, TX 78709
(512) 476-5588
State Bar No. 16908020

(Trial Counsel - 6/21/2014)

Barton Joseph Vana
Attorney at Law
P.O. Box 398
Burnet, TX 78611
(512) 756-5117
State Bar No. 24084441

(Trial Counsel - 9/3/2014)

Tracy D. Cluck
Attorney at Law
1450 West Hwy. 290, #855
Dripping Springs, TX 78620
(512) 264-9997
State Bar No. 00787254

(Appellate Counsel)

Nicole Dawn Holland
TDCJ #01962247
SID #04906312
Linda Woodman State Jail
1210 Coryell City Rd.
Gatesville, TX 76528

(Appellant)

# Table Of Contents

Page

Index of Authorities.................................................................. vi

Statement of the Case................................................................ 2

Statement on Oral Argument..................................................... 3

Response to Issues Presented...................................................... 4

Statement of the Facts................................................................ 4

Summary of the Argument and Argument -
      Response to Issue No. 1........................................................ 5
             The State agrees that no reversible error
             exists in the record of this cause and that the
             appeal herein is frivolous.

Prayer for Relief....................................................................... 6

Certificate of Word Count......................................................... 6

Certificate of Service................................................................. 7

# Index Of Authorities

Case Law                                                                    Page

Anders v. California, 386 U.S. 738, 87 S. Ct. 1396,
     18 L.Ed.2nd 492 (1967)........................................................    5

High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978)....................    5

Penson v. Ohio, 488 U.S. 75, 109 S. Ct. 346,
     102 L.Ed.2d 300 (1988).................................................    5


Constitutions

None cited


Statutes/Rules

Tex. R. App. Proc. 38.1(d)...............................................................    2

Tex. R. App. Proc. 38.1(g)...............................................................    4

NO. 03-14-00545-CR

IN THE

COURT OF APPEALS

OF THE THIRD DISTRICT OF TEXAS AT AUSTIN

NICOLE DAWN HOLLAND,
                                        Appellant

v.

THE STATE OF TEXAS
                                        Appellee

Appeal in Cause No. 41204
in the 424th Judicial District Court of
Burnet County, Texas

## *Brief For Appellee*

To The Honorable Justices Of Said Court:

Now comes the State of Texas, hereinafter called Appellee, and submits this brief pursuant to the provisions of the Texas Rules of Appellate Procedure in support of the State's request affirm the judgment of the trial court.

# Statement Of The Case

Appellant has not adequately described the Statement of the Case as it is not supported by record references. Tex. R. App. Proc. 38.1(d).

Appellant was indicted on March 5, 2013, for the offense of Driving While Intoxicated with a Child Passenger on November 6, 2011. CR Vol. 1 Page 4. On June 21, 2013, Appellant entered into a negotiated plea of Guilty to the offense charged in exchange for the State recommending punishment of 2 years confinement in the State Jail Division of the Texas Department of Criminal Justice and a fine of $1,000, with both the fine and term of imprisonment to be probated for a period of 3 years. CR Vol. 1 Pages 17 - 19; 21 - 22. On September 3, 2014, at the conclusion of a hearing, the trial court revoked Appellant's community supervision and sentenced Appellant to serve two years confinement in the State Jail Division of the Texas Department of Criminal Justice and imposed a fine of $1,000. RR Vol. 3 Page 31; CR Vol. 1 Pages 37 - 38. Appellant filed her Motion for New Trial on September 8, 2014. CR Vol. 1 Pages 43 - 45. Notice of Appeal was then timely filed on September 8, 2014. CR Vol. 1 Page 46.

## *Statement on Oral Argument*

The undersigned waives Oral Argument. The undersigned does not believe that Oral Argument will be beneficial for this case for the reason that the issues are straight forward and lack any novel or complex nuances. Should the Court believe that Oral Argument will assist the Court in any way, the undersigned will accommodate the Court.

## *Response To Issues Presented*

The State agrees that no reversible error exists in the record of this

cause and that the appeal herein is frivolous.

## *Statement Of The Facts*

Appellant has accurately described the facts of this case as the facts are not

supported by record references.  Tex. R. App. Proc. 38.1(g).

## Summary Of The Argument and Argument on Response to Issue No. 1

**The State agrees that no reversible error exists in the record of this cause and that the appeal herein is frivolous.**

Appellant seeks to appeal her conviction and sentence. Appellant's appellate counsel describes various arguable grounds for appeal and explains why such grounds do not support a finding of reversible error. The State of Texas has fully reviewed the record and agrees that there was no reversible error committed in the trial proceedings and that the appeal thereof is frivolous. *See* Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2nd 492 (1967); Penson v. Ohio, 488 U.S. 75, 109 S. Ct. 346, 102 L.Ed.2d 300 (1988); and High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

## *PRAYER FOR RELIEF*

WHEREFORE, PREMISES CONSIDERED, Appellee prays the Court deny the relief sought in Appellant's appeal and affirm the judgment and sentence of the trial court.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643

| Telephone | Telecopier |
|---|---|
| (325) 247-5755 | (325) 247-5274 |

By: _____
Gary W. Bunyard
Assistant District Attorney
State Bar No. 03353500
ATTORNEY FOR APPELLEE

## CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portion of this brief contains 223 words printed in Aldine401 BT 14 font according to the WordPerfect™ X7 word count tool.

Gary W. Bunyard

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded by EServe and by email on the 21st day of May 2015, to Mr. Tracy D. Cluck, Attorney for Appellant, at tracy@tracyclucklawyer.com.

Gary W. Bunyard
Assistant District Attorney